CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAY 0 6 2009

JOHN F. CORCORAN, CLERK
BY: /s/ _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ANJANETTE SHELTON,<br><br>                              *Plaintiff,*<br><br>v.<br><br>THE INN AT TRIVIUM,<br><br>                            *Defendant.* | CIVIL NO. 6:08cv00040<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court for entry of default judgment. In accordance with the accompanying Memorandum Opinion, final default judgment is hereby entered in favor of the Plaintiff against the Defendant in the amount of $1249.80, plus $154.00 in costs associated with this action. This action shall be TERMINATED and STRICKEN from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record and to the Plaintiff.

ENTERED: This 6th Day of May, 2009.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE